UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS DEJESUS | : | PRISONER |
| *Plaintiff,* | : | NO. 3:02CV2250(AVC) |
| | : | |
| v. | : | |
| | : | |
| WARDEN BRIAN MURPHY, CAPTAIN | : | |
| JOHN DOE, C/O JOHN DOE, | : | OCTOBER 4, 2004 |
| *Defendants* | : | |

### DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendants[1], Connecticut Department of Correction Warden Brian Murphy and the two John Doe officials, (hereinafter referred to as "the defendants"), respectfully move to dismiss the plaintiff's Complaint for one or more of the following reasons:

1. The plaintiff's claims against the John Doe defendants must be dismissed,

2. The plaintiff has failed to state a claim against Defendant Murphy, since he has not alleged his personal involvement in any alleged constitutional violation, and

3. The plaintiff did not fully exhaust his administrative remedies prior to filing suit,

4. The plaintiff has not stated an Eighth Amendment violation against any of the defendants for a failure to protect him from assault, and

5. Warden Murphy is entitled to qualified immunity.

For the reasons set forth in the attached memorandum of law, the plaintiff's Complaint should be dismissed and Judgment entered on behalf of the defendants with prejudice.

---

[1] The undersigned counsel has appeared for Defendant Murphy in his individual capacity, and for the purposes of this motion, the John Doe defendants in their official capacity only.

DEFENDANTS
MURPHY, AND JOHN DOE #1 AND #2

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    /s/
Robert B. Fiske, III
Assistant Attorney General
Federal Bar No. ct17831
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5593
e-mail: robert.fiske@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion to Dismiss, was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this, the 5th day of October, 2004, first class postage prepaid to:

Inmate Luis DeJesus, #216025
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

   /s/
Robert B. Fiske, III
Assistant Attorney General

2