UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LUIS DEJESUS
                                              PRISONER
        V.                          CASE NO. 3:02CV2250 (AVC)

BRIAN MURPHY, ET AL.
```

RULING AND ORDER

Pending before the court is the defendants' motion to dismiss. The case is closed. The court denied plaintiff's motion to reopen judgment on October 10, 2003. The plaintiff has not moved to reopen the case since that time. Accordingly, the Motion to Dismiss [**doc. # 13**] is **DENIED** as moot.

SO ORDERED this __15_ day of _____October_____, 2004, at Hartford, Connecticut.

_____/s/_____
Alfred V. Covello
United States District Judge