UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS DEJESUS
                                                  PRISONER
    V.                            CASE NO. 3:02CV2250 (AVC)(TPS)

BRIAN MURPHY, ET AL.

<u>RULING ON PENDING MOTION</u>

Pending before the court is the plaintiff's motion for extension of time to file an objection to defendants' motion to dismiss. The case is closed. The court denied plaintiff's motion to reopen judgment on October 10, 2003. The plaintiff has not moved to reopen the case since that time. On October 15, 2004, the court denied defendants' motion to dismiss as moot. Accordingly, plaintiff's Motion for Extension of Time to File an Objection to Motion to Dismiss [**doc. # 15**] is also **DENIED** as moot.

SO ORDERED this 21st day of April, 2005, at Hartford, Connecticut.

                                                <u>/s/ Thomas P. Smith</u>
                                                    Thomas P. Smith
                                    United States Magistrate Judge